### 2867.  WELBORN v. THE STATE.

HILL, C. J. The excerpt from the charge, objected to, when considered in connection with the context immediately preceding and following the excerpt, is entirely without error. The evidence fully supports the verdict, and no error whatever appears.        *Judgment affirmed.*

DECIDED OCTOBER 14, 1910.

Indictment for bastardy; from Hart superior court—Judge Meadow.  June 27, 1910.

*W. L. Hodges, A. S. Skelton*, for plaintiff in error.

*Thomas J. Brown, solicitor-general*, contra.